**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| IN RE:<br><br>ALLSTAR PROPERTIES, LLC, *et al.*,[1]<br><br>Debtors | CHAPTER 11<br><br>CASE NO. 25-41314-BEM<br><br>***Jointly Administered*** |

**NOTICE REGARDING AMENDED SCHEDULE A/B, AMENDED SCHEDULE E/F, AMENDED SCHEDULE G, SECOND AMENDED STATEMENT OF FINANCIAL AFFAIRS AND AMENDED TOP 20 LIST FOR ALLSTAR PROPERTIES I, LLC**

**NOW COMES** Allstar Properties I, LLC ("**ASP I**"), debtor and debtor-in-possession in the above-captioned jointly administered bankruptcy case ("**Debtor**"), and files this notice regarding its *Amended Schedule A/B, Amended Schedule E/F, Amended Schedule G, Second Amended Statement of Financial Affairs and Amended Top 20 List,* which include the following amendments:

***Schedules***:

**Schedule A/B –**

- Added valuation method for 223 Bluff Street, Tax Parcel ID R12-002 (tax appraisal value)
- Updated A/R amount to reflect alleged amounts due from Andrew C. Heaner related to 2536 Rome Highway, Buildings 2 and 3

[1] **1** The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Allstar Properties, LLC (0809), Allstar Properties I, LLC (9017) and ACH Rental Properties, LLC (5725), collectively the Company Debtors; Andrew C. Heaner (0731) and Mary Helen Heaner (9136). The mailing address for the Company Debtors for purposes of these chapter 11 cases is: P.O. Box 209, Rockmart, GA 30153. The mailing address for the Heaner Debtors for purposes of these chapter 11 cases is: 2900 Rome Highway, Cedartown, GA 30125.

**Schedule E/F** –

*New Creditors* –

Priority – Fulton County - $886.90

City of Atlanta - $3,355.31

Non-Priority –

Carroll EMC - $1,204.70

City of Rockmart - $543.01

Georgia Natural Gas - $91.26

Georgia Power - $2,758.43

Gilmer Heating & Air LLC - $9,700.00

Haralson County Water Authority - $26.34

**Schedule G** – Added leases with Andrew C. Heaner for 2536 Rome Highway, Buildings 2 and 3.

***SofA***: Provides complete list of transfers for Nos. 3, 4 and 30, including purpose for $600.00 payment to ACH Entertainment, LLC on 10/3/2024 (accounts payable), $500 payment to ACH Carwash, LLC on 10/3/2024 (accounts payable).

***Top 20 List***: Amended Top 20 List to include new creditors.

Filed this 21st day of November 2025.

**SMALL HERRIN, LLP**
*Counsel for Debtor and*
*Debtor-in-Possession*

By: /s/ Anna M. Humnicky
Anna M. Humnicky
GA Bar No. 377850
Andy T. Nguyen
GA Bar No. 729256

100 Galleria Parkway
Suite 350
Atlanta, GA 30339
(T): 770-783-1800
ahumnicky@smallherrin.com
anguyen@smallherrin.com

AMENDED

**Fill in this information to identify the case:**

Debtor name Allstar Properties I, LLC

United States Bankruptcy Court for the: Northern District of Georgia (State)

Case number (If known): 25-41315

☑ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ........ $ 26,510,140.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ........ $ 272,992.89

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ........ $ 26,783,132.89

## Part 2: Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ........ $ 28,578,767.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ........ $ 313,968.21

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ........ +$ 173,668.29

4. **Total liabilities** ........
   Lines 2 + 3a + 3b ........ $ 29,066,403.50

AMENDED

**Fill in this information to identify the case:**

Debtor name Allstar Properties I, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): 25-41315

☑ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Floyd County Tax Commissioner<br>P.O. Box 26<br>Rome, GA, 30162 | | Taxes & Other Government Units | | | | 230,815.00 |
| 2 | U.S. Small Business Administration<br>233 Peachtree Street, NE<br>Suite 300<br>Atlanta, GA, 30303 | | Deficiency Balance | | | | 156,753.00 |
| 3 | Haralson County Tax Commissioner<br>4276 Georgia Highway 120<br>Buchanan, GA, 30113 | | Taxes & Other Government Units | | | | 45,000.00 |
| 4 | Polk County Tax Commissioner<br>144 West Ave<br>Cedartown, GA, 30125 | | Taxes & Other Government Units | | | | 31,260.00 |
| 5 | City of Atlanta<br>Department of Finance, Office of Revenue<br>55 Trinity Avenue, SW, Suite 1350<br>Atlanta, GA, 30303 | | Taxes & Other Government Units | | | | 3,355.31 |
| 6 | Georgia Power Company<br>Attn: Kimberly S. Greene, CEO<br>241 Ralph McGill Boulevard NE, BIN 10240<br>Atlanta, GA, 30303 | | Utility Services | | | | 2,758.43 |
| 7 | City of Aragon<br>Attn: Property Tax Department<br>214 Rome Highway<br>Aragon, GA, 30104 | | Taxes & Other Government Units | | | | 2,651.00 |
| 8 | Culver Exterminating Co<br>136 W Elm St<br>Rockmart, GA, 30153 | | Services | | | | 1,630.00 |

AMENDED

Debtor Allstar Properties I, LLC
Name

Case number (*if known*) 25-41315

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | Carroll EMC<br>c/o Timothy C. Martin, CEO<br>155 N. Highway 113<br>Carrollton, GA, 30117 | | Utility Services | | | | 1,204.70 |
| 10 | Fulton County Tax Commissioner<br>Attn: Dr. Arthur E. Ferdinand<br>141 Pryor St. SW<br>Atlanta, GA, 30303 | | Taxes & Other Government Units | | | | 886.90 |
| 11 | City of Rockmart<br>Attn: Stacey Smith (City Mgr)<br>316 N. Piedmont Avenue, Bldg 100<br>Rockmart, GA, 30153 | | Utility Services | | | | 548.66 |
| 12 | Twin Seats<br>2 E 3rd Ave<br>Suite 200 #33<br>Rome, GA, 30161 | | Suppliers or Vendors | | | | 545.00 |
| 13 | Fulton County Tax Commissioner's Office<br>141 Pryor St.<br>Atlanta, GA, 30303 | | Utility Services | | | | 410.90 |
| 14 | Georgia Natural Gas<br>c/o James Y. Kerr, II CEO<br>10 Peachtree Place NE<br>Atlanta, GA, 30309 | | Utility Services | | | | 91.26 |
| 15 | Haralson County Water Authority<br>Attn: Chad Smith, General Manager<br>PO Box 429<br>Buchanan, GA, 30113 | | Utility Services | | | | 26.34 |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

AMENDED

**Fill in this information to identify the case:**

Debtor name: Allstar Properties I, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): 25-41315

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

2. **Cash on hand** $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Truist Bank | Checking | 0 1 3 2 | $ 87,416.65 |
| 3.2. | First National Community Bank | Checking | 2 9 7 5 | $ 6,517.14 |

4. **Other cash equivalents** *(Identify all)*

4.1. ______ $______

4.2. ______ $______

5. **Total of Part 1** $ 93,933.79

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| 7.1. | Utility Deposit - Georgia Natural Gas | $ 1,375.00 |
| 7.2. | Utility Deposit - Georgaia Power | $ 1,375.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | |
|---|---|
| 8.1. Prepaid Insurance - Poulton Associates | $ 1,324.10 |
| 8.2. | $ |

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81. $ 4,074.10

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
- ☐ No. Go to Part 4.
- ☑ Yes. Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 52,925.00 | – | 16,935.00 | = ........➔ | $ 35,990.00 |
| 11b. Over 90 days old: | 342,215.00 | – | 203,220.00 | = ........➔ | $ 138,995.00 |

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. $ 174,985.00

## Part 4: Investments

13. **Does the debtor own any investments?**
- ☑ No. Go to Part 5.
- ☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. | | $ |
| 14.2. | | $ |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: % of ownership: | | |
| 15.1. ____ % | | $ |
| 15.2. ____ % | | $ |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1. | | $ |
| 16.2. | | $ |

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83. $

AMENDED

Debtor Allstar Properties I, LLC Case number (*if known*) 25-41315
Name

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| ______________________ | ______ MM / DD / YYYY | $__________ | __________ | $__________ |
| 20. **Work in progress** | | | | |
| ______________________ | ______ MM / DD / YYYY | $__________ | __________ | $__________ |
| 21. **Finished goods, including goods held for resale** | | | | |
| ______________________ | ______ MM / DD / YYYY | $__________ | __________ | $__________ |
| 22. **Other inventory or supplies** | | | | |
| ______________________ | ______ MM / DD / YYYY | $__________ | __________ | $__________ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84. $__________

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value __________ Valuation method__________ Current value__________

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| ______________________ | $__________ | __________ | $__________ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| ______________________ | $__________ | __________ | $__________ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| ______________________ | $__________ | __________ | $__________ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| ______________________ | $__________ | __________ | $__________ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| ______________________ | $__________ | __________ | $__________ |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85. $__________

34. **Is the debtor a member of an agricultural cooperative?**
❑ No
❑ Yes. Is any of the debtor's property stored at the cooperative?
  ❑ No
  ❑ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
❑ No
❑ Yes. Book value $__________ Valuation method __________ Current value $__________

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
❑ No
❑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
❑ No
❑ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
❑ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Various Furniture Purchases with Building - 210 E 2nd Ave and 336 Broad St | $ | | $ Unknown |
| 40. **Office fixtures** | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ | | $ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. $ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
❑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
❑ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | $ | | $ |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Ice Machine (broken, replacement part not available) | $ | | $ Unknown |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87. $ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

AMENDED

Debtor Allstar Properties I, LLC Case number (*if known*) 25-41315

Name

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
   - ☐ No. Go to Part 10.
   - ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 55.1 | 1142 Jefferson St - 14011300030770 | Fee Simple | $ | Tax Appraisal Value | $ 246,500.00 |
| 55.2 | 0 Rockmart Rd 057-009; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | $ | Tax Appraisal Value | $ 249,995.00 |
| 55.3 | See continuation sheet | | $ 0.00 | | $ 26,013,645.00 |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. $ 26,510,140.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   - ☑ No
   - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   - ☑ No. Go to Part 11.
   - ☐ Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89. $

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   - ☐ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☐ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☑ No. Go to Part 12.
   - ☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
   Description (include name of obligor)
   ____________ Total face amount – ____________ doubtful or uncollectible amount = → $__________

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)
   ____________ Tax year ______ $__________
   ____________ Tax year ______ $__________
   ____________ Tax year ______ $__________

73. **Interests in insurance policies or annuities**
   ____________ $__________

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   ____________ $__________
   **Nature of claim** ____________
   **Amount requested** $__________

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   ____________ $__________
   **Nature of claim** ____________
   **Amount requested** $__________

76. **Trusts, equitable or future interests in property**
   ____________ $__________

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
   ____________ $__________
   ____________ $__________

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90. $__________

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

AMENDED

Debtor Allstar Properties I, LLC Case number (if known) 25-41315

Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 93,933.79 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 4,074.10 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 174,985.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* → | | $ 26,510,140.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. | 91a. $ 272,992.89 | + 91b. $ 26,510,140.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. 26,783,132.89 ........ $ 26,783,132.89

AMENDED

Debtor 1 Allstar Properties I, LLC
First Name Middle Name Last Name
Case number (if known) 25-41315

## Continuation Sheet for Official Form 206 A/B

55) Real property

| General description | Nature and extent of interest | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| 15 E. 3rd Ave Floyd J14C119; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | | Tax Appraisal Value | 644,586.00 |
| 103 W Elm St R12-105; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | | Tax Appraisal Value | 217,686.00 |
| 804 W. Elm St R09-053; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | | Tax Appraisal Value | 239,890.00 |
| 115 N. Marble St R12-106; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | | Tax Appraisal Value | 240,871.00 |
| 755 Bollen Rd H0095 0019; multiple pieces of property act as collateral for this loan including parcels owned | Fee Simple | | Tax Appraisal Value | 283,158.00 |

## Continuation Sheet for Official Form 206 A/B

by affiliates.

| | | | |
|---|---|---|---|
| 2467 Rome Hwy A04-035A; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 5,603.00 |
| 280 Industrial 054-049G; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 257,016.00 |
| 205A/B E. 1st Ave Floyd 114D097; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 930,946.00 |
| 0 Byrd Station Rd Floyd J20-001; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 111,320.00 |
| 121 Broad St Floyd J14D040; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 45,212.00 |
| 113 Broad St | Fee Simple | Tax Appraisal | 1,390,253.00 |

AMENDED

Debtor 1 Allstar Properties I, LLC
First Name Middle Name Last Name
Case number (if known) 25-41315

## Continuation Sheet for Official Form 206 A/B

| | | | |
|---|---|---|---|
| Floyd J14D039; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | | Value | |
| 237 N. Marble St R16-014; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 21,382.00 |
| 111 Broad St Floyd J14D038; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 1,609,584.00 |
| 0 W Elm St R12-062; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 36,239.00 |
| 130 Broad St FloydJ14D080 | Fee Simple | Tax Appraisal Value | 658,066.00 |
| 217 W Elm St R12-063; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 707,893.00 |
| 2647 Rome Hwy A04-033; multiple | Fee Simple | Tax Appraisal Value | 4,204.00 |

AMENDED

Debtor 1 Allstar Properties I, LLC
First Name Middle Name Last Name
Case number (if known) 25-41315

## Continuation Sheet for Official Form 206 A/B

| | | | |
|---|---|---|---|
| pieces of property act as collateral for this loan including parcels owned by affiliates. | | | |
| 202 N. Marble St R16-016; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 210,955.00 |
| 64 Waddell Cir 053D086; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 79,302.00 |
| 210/300 E. 2nd Ave Floyd 114 226, 228, 229; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 8,184,494.00 |
| 0 Bollen Rd H0095 00198; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 32,745.00 |
| 115 Broad St Floyd J14D041; multiple pieces of property act as collateral for this loan | Fee Simple | Tax Appraisal Value | 25,088.00 |

AMENDED

Debtor 1 Allstar Properties I, LLC
First Name Middle Name Last Name
Case number (if known) 25-41315

## Continuation Sheet for Official Form 206 A/B

| | | | |
|---|---|---|---|
| including parcels owned by affiliates. | | | |
| 127 N. Marble St R12-109; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 20,000.00 |
| 202 Broad St Floyd J14D072; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 928,630.00 |
| 2467 Rome Hwy A04-034; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 140,137.00 |
| 808 W Elm St R09-052; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 119,592.00 |
| 121 Broad St Floyd J14D043; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 25,088.00 |
| 101 Marble St | Fee Simple | Tax Appraisal | 301,428.00 |

## Continuation Sheet for Official Form 206 A/B

| | | | |
|---|---|---|---|
| R12-103; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | | Value | |
| 117 N Marble St R12-107; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 117,975.00 |
| 3205A/B Rome Hwy 0538059; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 117,965.00 |
| 150 Felton Dr 060-003P; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 755,285.00 |
| 2536 Rome Hwy A04-038; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 874,918.00 |
| 0 Waddell St - 053D094 | Fee Simple | Tax Appraisal Value | 3,814.00 |
| 1028 W Elm St R07-042; multiple | Fee Simple | Tax Appraisal Value | 45,090.00 |

## Continuation Sheet for Official Form 206 A/B

| | | | |
|---|---|---|---|
| pieces of property act as collateral for this loan including parcels owned by affiliates. | | | |
| 203 N. Marble St; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 493,710.00 |
| 212 W Church St R12-060; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 370,715.00 |
| 223 Bluff St R12-002; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 560,208.00 |
| 233 N. Marble St R16-015; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 20,000.00 |
| 0 Bollen Rd H0095 0019C; multiple pieces of property act as collateral for this loan including parcels owned | Fee Simple | Tax Appraisal Value | 173,454.00 |

AMENDED

Debtor 1 Allstar Properties I, LLC Case number (if known) 25-41315

First Name Middle Name Last Name

## Continuation Sheet for Official Form 206 A/B

| | | | |
|---|---|---|---|
| by affiliates. | | | |
| 0 Holly Rd H0095A 0003; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 30,000.00 |
| 0 Rockmart Rd H0095A 0009; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 30,000.00 |
| 4186 Rome Hwy(1) 046-083; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 265,590.00 |
| 302 MLK St R12-053; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 117,904.00 |
| 0 Rome Hwy (Dover) 053-098A | Fee Simple | Tax Appraisal Value | 28,066.00 |
| 336 Broad St J14C103 | Fee Simple | Tax Appraisal Value | 2,033,979.00 |
| 314 Industrial Blvd 054-049H; multiple pieces of property act as collateral | Fee Simple | Tax Appraisal Value | 264,003.00 |

AMENDED

Debtor 1 Allstar Properties I, LLC — First Name Middle Name Last Name — Case number (if known) 25-41315

## Continuation Sheet for Official Form 206 A/B

| | | | |
|---|---|---|---|
| for this loan including parcels owned by affiliates. | | | |
| 0 Rockmart Rd H0095A 0001; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 321,958.00 |
| 3200 Rockmart Rd (resort) H0095A 0010; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 1,878,093.00 |
| 121 Broad St J14D042; multiple pieces of property act as collateral for this loan including parcels owned by affiliates. | Fee Simple | Tax Appraisal Value | 39,550.00 |

AMENDED

**Fill in this information to identify the case:**

Debtor: Allstar Properties I, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): 25-41315

☑ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | City of Aragon<br>Attn: Property Tax Department<br>214 Rome Highway<br>Aragon, GA 30104<br><br>**Date or dates debt was incurred:**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,651.00 | $ 2,651.00 |
| 2.2 | City of Atlanta<br>Department of Finance, Office of Revenue<br>55 Trinity Avenue, SW, Suite 1350<br>Atlanta, GA 30303<br><br>**Date or dates debt was incurred:** 2025<br><br>**Last 4 digits of account number:** 6533<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 3,355.31 | $ 3,355.31 |
| 2.3 | Floyd County Tax Commissioner<br>P.O. Box 26<br>Rome, GA 30162<br><br>**Date or dates debt was incurred:**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 230,815.00 | $ 230,815.00 |

AMENDED

Debtor Allstar Properties I, LLC Case number (if known) 25-41315
Name

**Part 1.** Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Total claim** | **Priority amount**

2.4 **Priority creditor's name and mailing address**

Fulton County Tax Commissioner
Attn: Dr. Arthur E. Ferdinand
141 Pryor St. SW
Atlanta, GA 30303

Total claim: $886.90 Priority amount: $886.90

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** 2025

**Basis for the claim:** Taxes & Other Government Units

**Last 4 digits of account number** 6533

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

2.5 **Priority creditor's name and mailing address**

Haralson County Tax Commissioner
4276 Georgia Highway 120
Buchanan, GA 30113

Total claim: $45,000.00 Priority amount: $45,000.00

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** Taxes & Other Government Units

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

2.6 **Priority creditor's name and mailing address**

Polk County Tax Commissioner
144 West Ave
Cedartown, GA 30125

Total claim: $31,260.00 Priority amount: $31,260.00

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** 2024 and 2025

**Basis for the claim:** Taxes & Other Government Units

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

2.__ **Priority creditor's name and mailing address**

Total claim: $______ Priority amount: $______

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

AMENDED

Debtor Allstar Properties I, LLC — Name — Case number (if known) 25-41315

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
Carroll EMC
c/o Timothy C. Martin, CEO
155 N. Highway 113
Carrollton, GA 30117

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utility Services

$ 1,204.70

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.2 Nonpriority creditor's name and mailing address**
City of Rockmart
Attn: Stacey Smith (City Mgr)
316 N. Piedmont Avenue, Bldg 100
Rockmart, GA 30153

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utility Services

$ 548.66

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.3 Nonpriority creditor's name and mailing address**
Culver Exterminating Co
136 W Elm St
Rockmart, GA 30153

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

$ 1,630.00

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.4 Nonpriority creditor's name and mailing address**
Fulton County Tax Commissioner's Office
141 Pryor St.
Atlanta, GA 30303

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utility Services

$ 410.90

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.5 Nonpriority creditor's name and mailing address**
Georgia Natural Gas
c/o James Y. Kerr, II CEO
10 Peachtree Place NE
Atlanta, GA 30309

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utility Services

$ 91.26

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.6 Nonpriority creditor's name and mailing address**
Georgia Power Company
Attn: Kimberly S. Greene, CEO
241 Ralph McGill Boulevard NE, BIN 10240
Atlanta, GA 30303

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utility Services

$ 2,758.43

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

AMENDED

Debtor Allstar Properties I, LLC Case number (if known) 25-41315
Name

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7 **Nonpriority creditor's name and mailing address**

Gilmer Heating & Air LLC
P.O. Box 896
Aragon, GA 30104

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$ 9,700.00

**Basis for the claim:**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

3.8 **Nonpriority creditor's name and mailing address**

Haralson County Water Authority
Attn: Chad Smith, General Manager
PO Box 429
Buchanan, GA 30113

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$ 26.34

**Basis for the claim:** Utility Services

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ✔ No
- ❑ Yes

3.9 **Nonpriority creditor's name and mailing address**

Twin Seats
2 E 3rd Ave
Suite 200 #33
Rome, GA 30161

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$ 545.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ✔ No
- ❑ Yes

3.10 **Nonpriority creditor's name and mailing address**

U.S. Small Business Administration
233 Peachtree Street, NE
Suite 300
Atlanta, GA 30303

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$ 156,753.00

**Basis for the claim:** Deficiency Balance

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** 6043

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

3.___ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$ ____________

**Basis for the claim:**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- No
- ❑ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Floyd County Tax Commissioner<br>4 Government Plaza<br>Suite 109<br>Rome, GA 30161 | Line 2.3<br>❑ Not listed. Explain: | |
| 4.2. | Haralson County Tax Commissioner<br>PO Box 330<br>Buchanan, GA 30113 | Line 2.5<br>❑ Not listed. Explain | |
| 4.3. | | Line ____<br>❑ Not listed. Explain | |
| 4.4. | | Line ____<br>❑ Not listed. Explain | |
| 41. | | Line ____<br>❑ Not listed. Explain | |
| 4.5. | | Line ____<br>❑ Not listed. Explain | |
| 4.6. | | Line ____<br>❑ Not listed. Explain | |
| 4.7. | | Line ____<br>❑ Not listed. Explain | |
| 4.8. | | Line ____<br>❑ Not listed. Explain | |
| 4.9. | | Line ____<br>❑ Not listed. Explain | |
| 4.10. | | Line ____<br>❑ Not listed. Explain | |
| 4.11. | | Line ____<br>❑ Not listed. Explain | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 313,968.21 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 173,668.29 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | | $ 487,636.50 |

AMENDED

**Fill in this information to identify the case:**

Debtor name Allstar Properties I, LLC

United States Bankruptcy Court for the: Northern District of Georgia District of ______ (State)

Case number (If known): 25-41315 Chapter 11

☑ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | 130 Broad St<br>Rome GA 30161<br>Lessor | Edward Jones & Co Attn BR 3338<br>12555 Manchester Rd<br>Saint Louis, MO, 63131 |
| | **State the term remaining** | 33 months | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | 340 Broad St<br>Lessor | Broad St Wings<br>340 Broad Street<br>Rome, GA, 30161 |
| | **State the term remaining** | 3 months | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | 217 W. Elm St<br>Lessor | Jose G Algria-Tovar/JALAAJ LLC<br>217 W Elm<br>Suite 5150<br>Rockmart, GA, 30153 |
| | **State the term remaining** | 42 months | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | 336 Broad St Apt 303<br>Lessor | Madison Brinson & Tina Brown<br>336 Broad Street<br>Apt 303<br>Rome, GA, 30131 |
| | **State the term remaining** | month to month | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | 336 Broad St<br>Suite 201 and Suite 200<br>Lessor | Robert Brinson/Barker Street, LLC<br>336 Broad St<br>Suite 201<br>Rome, GA, 30161 |
| | **State the term remaining** | 2 months | |
| | **List the contract number of any government contract** | | |

AMENDED

Debtor Allstar Properties I, LLC Case number (if known) 25-41315
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | 210 2nd Ave<br>Suite 203<br>Lessor | Tanya Larsen & Springstone Yoga, LLC<br>210 2nd Ave<br>Suite 203<br>Rome, GA, 30161 |
| | State the term remaining | 22 months | |
| | List the contract number o any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | 210 2nd Ave<br>Suite 106<br>Lessor | B.H. Richards, Jr d/b/a The Lodge<br>210 2nd Ave<br>Suite 106<br>Rome, GA, 30161 |
| | State the term remaining | 6 months | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | 3205A/B Rome Hwy<br>Lessor | Bobby Edwards<br>3025 A/B Rome Highway<br>Aragon, GA, 30104 |
| | State the term remaining | month to month | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | 804 W. Elm St<br>Lessor | KMBN LLC<br>804 W. Elm Street<br>Rockmart, GA, 30153 |
| | State the term remaining | 12 months | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | 2550 Rome Hwy<br>Lessor | Emvera Technologies LLC<br>2550 Rome Highway<br>Aragon, GA, 30104 |
| | State the term remaining | 22 months | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | 111 Broad St<br>Lessor | Haley Smith<br>111 Broad Street<br>Rome, GA, 30161 |
| | State the term remaining | 1 month | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | 113 Broad St Unit 2000<br>Lessor | Jessie Singleton<br>113 Broad St<br>Unit 2000<br>Rome, GA, 30161 |
| | State the term remaining | month to month | |
| | List the contract number of any government contract | | |

AMENDED

Debtor Allstar Properties I, LLC Case number (if known) 25-41315

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | 150 Felton Dr<br>Lessor | North Georgia Car Company, LLC<br>150 Felton Drive<br>Rockmart, GA, 30153 |
| | State the term remaining | 37.5 months | |
| | List the contract number o any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | 202 Broad St<br>Lessor | Rome Grinders LLC<br>202 Broad Street<br>Rome, GA, 30161 |
| | State the term remaining | 9 years | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | 205A E. 1st Ave<br>Lessor | Big Dan's Car Wash<br>205 E First Ave<br>Rome, GA, 30161 |
| | State the term remaining | 22 months | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | 808 W. Elm St<br>Lessor | Grow Developments South LLC<br>808 W. Elm St<br>Rockmart, GA, 30153 |
| | State the term remaining | month to month | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | 336 Broad St Suite 300 and Suite 301<br>Lessor | Adams Mgt Services Corp<br>336 Broad St<br>Suite 300<br>Rome, GA, 30161 |
| | State the term remaining | 16 months | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | 336 Broad St<br>Lessor | Baker Street Scientific Inc<br>336 Broad St<br>Rome, GA, 30161 |
| | State the term remaining | month to month | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | 8 E. 4th Ave<br>Suite 100<br>Lessor | Rome Area Council of Arts<br>PO Box 203<br>Rome, GA, 30162 |
| | State the term remaining | month to month | |
| | List the contract number of any government contract | | |

AMENDED

Debtor Allstar Properties I, LLC Case number (if known) 25-41315
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | 8 E. 4th Ave<br>Lessor | Ashley Summers dba Soothing Source<br>8 E. 4th Ave<br>Rome, GA, 30161 |
| | State the term remaining | month to month | |
| | List the contract number o any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | 210 2nd Ave<br>Suite 100<br>Lessor | Smith & Wright LLP<br>210 E. 2nd Ave<br>Suite 100<br>Rome, GA, 30161 |
| | State the term remaining | 3 months | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | 210 E. 2nd Ave<br>Suite 301<br>Lessor | Davis Lucas Carter LLP<br>210 E. Second Ave<br>Suite 301<br>Rome, GA, 30161 |
| | State the term remaining | 12 months | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | 210 2nd Ave<br>Suites 102,105,200B,202,204,205,206<br>Lessor | Webb Creek Management<br>210 E 2nd Ave<br>Rome, GA, 30161 |
| | State the term remaining | 19 months | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | 113 Broad St Suite 1000<br>Lessor | Allison Terry and Virginia Atkinson<br>113 Broad St<br>Suite 1000<br>Rome, GA, 30161 |
| | State the term remaining | month to month | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | 111 Broad St<br>Lessor | World Finance<br>108 Frederick St2100<br>PO Box 6429 (29606)<br>Greenville, SC, 29607 |
| | State the term remaining | 6 months | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | 20 East 2nd Ave<br>Lessor | Meredith Barron<br>20 East 2nd Ave<br>Rome, GA, 30161 |
| | State the term remaining | month to month | |
| | List the contract number of any government contract | | |

AMENDED

Debtor Allstar Properties I, LLC
Name

Case number (if known) 25-41315

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | 210 E 2nd Ave<br>Suite 300, 300A and 300B<br>Lessor | Andrew Heaner<br>2900 Rome Hwy<br>Cedartown, GA, 30125 |
| | State the term remaining | month to month | |
| | List the contract number o any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | 103 West Elm St<br>Lessor | Exotic-que LLC<br>103 West Elm Street<br>Rockmart, GA, 30153 |
| | State the term remaining | month to month | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | 2647 Rome Highway<br>Lessor | Kassie Jones/Kassie Jones Photography<br>2647 Rome Highway<br>Aragon, GA, 30104 |
| | State the term remaining | month to month | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | 338 Broad St<br>Lessor | Blue Willow Boutique LLC<br>338 Broad Street<br>Rome, GA, 30161 |
| | State the term remaining | month to month | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | 223 Bluff St<br>Lessor | Brad Graham<br>223 Bluff St<br>Rockmart, GA, 30153 |
| | State the term remaining | 3 months | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | 3205 A Rome Highway<br>Lessor | Jeremy Benefield<br>3205 A Rome Hwy<br>Aragon, GA, 30104 |
| | State the term remaining | month to month | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | 97 N Marble St<br>Lessor | Kelli Oliver<br>97 N Marble St<br>Rockmart, GA, 30153 |
| | State the term remaining | 6 months | |
| | List the contract number of any government contract | | |

AMENDED

Debtor Allstar Properties I, LLC
Name

Case number (if known) 25-41315

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | 99 S Marble St<br>Lessor | Autumn Ely & Micaela Ely<br>99 S Marble St<br>Rockmart, GA, 30153 |
| | State the term remaining | 5 months | |
| | List the contract number o any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | 210 E. 2nd Ave<br>Suite 102 & 105<br>Lessor | G& A Managers, LLC<br>210 East Second Ave<br>Suite 102<br>Rome, GA, 30161 |
| | State the term remaining | 21 months | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | 2536 Rome Hwy<br>Lessor | MSBS, LLC<br>2536 Rome Hwy<br>Aragon, GA, 30104 |
| | State the term remaining | 12 months | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | 13 E. 3rd Ave<br>15 E. 3rd Ave<br>Lessor | Woodford Rome LLC<br>13 & 15 East Third Ave<br>Rome, GA, 30161 |
| | State the term remaining | 13.5 months | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | 202-A Broad Street<br>Lessor | National Custom, Inc.<br>3015 Windward Plaza Drive<br>Suite 200<br>Alpharetta, GA, 30005 |
| | State the term remaining | month to month | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | 113 Broad St (parking spacce)<br>Lessor | Rhonda Bartlett<br>20 East 2nd Ave<br>Rome, GA, 30161 |
| | State the term remaining | month to month | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | 130 Broad St<br>Unit B<br>Lessor | Kasey Wheat<br>130 Broad Street<br>Unit B<br>Rome, GA, 30161 |
| | State the term remaining | month to month | |
| | List the contract number of any government contract | | |

AMENDED

Debtor Allstar Properties I, LLC
Name

Case number (if known) 25-41315

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | 113 Broad St Suite 2001<br>Lessor | Walter Pickett<br>113 Broad Street<br>Unit 2001<br>Rome, GA, 30161 |
| | **State the term remaining** | month to month | |
| | **List the contract number o any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | 2536 Rome Hwy<br>Lessor | Amanda & Matthew Groover; The Flower Shop<br>2536 Rome Hwy<br>Aragon, GA, 30104 |
| | **State the term remaining** | 7 months | |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | 2356 Rome Hwy Bldg 2<br>Lessor | Andrew Heaner<br>2900 Rome Hwy<br>Cedartown, GA, 30125 |
| | **State the term remaining** | 6 months | |
| | **List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | 2356 Rome Hwy Bldg 3<br>Lessor | Andrew Heaner<br>2900 Rome Hwy<br>Cedartown, GA, 30125 |
| | **State the term remaining** | 6 months | |
| | **List the contract number of any government contract** | | |
| 2.____ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.____ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.____ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

AMENDED

**Fill in this information to identify the case and this filing:**

Debtor Name Allstar Properties I, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (*If known*): 25-41315

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☑ Amended *Schedule* A/B, E/F, G
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/20/2025
MM / DD / YYYY

✗ /s/ Andrew C. Heaner
Signature of individual signing on behalf of debtor

Andrew C. Heaner
Printed name

Majority Member
Position or relationship to debtor

AMENDED

**Fill in this information to identify the case:**

Debtor name Allstar Properties I, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): 25-41315

☑ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025 (MM / DD / YYYY) | to | Filing date | ☑ Operating a business ☐ Other | $ 885,313.00 |
| **For prior year:** | From 01/01/2024 (MM / DD / YYYY) | to | 12/31/2024 (MM / DD / YYYY) | ☑ Operating a business ☐ Other | $ 1,834,965.00 |
| **For the year before that:** | From 01/01/2023 (MM / DD / YYYY) | to | 12/31/2023 (MM / DD / YYYY) | ☐ Operating a business ☐ Other | $ 1,779,000.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From ____ (MM / DD / YYYY) | to | Filing date | | $ |
| **For prior year:** | From ____ (MM / DD / YYYY) | to | ____ (MM / DD / YYYY) | | $ |
| **For the year before that:** | From ____ (MM / DD / YYYY) | to | ____ (MM / DD / YYYY) | | $ |

AMENDED

Debtor Allstar Properties I, LLC (Name) Case number (*if known*) 25-41315

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | State Mutual Insurance Company (Creditor's name)<br>Attn: David Brearley, General Counsel<br>1 State Mutual Dr NW<br>Rome, GA 30165 | 06/06/2025<br>07/01/2025<br>07/31/2025 | $ 33,037.89 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.2. | ServisFirst Bank Inc (Creditor's name)<br>2500 Woodcrest Place<br>Birmingham, AL 35209 | 7/8/2025<br>6/27/2025<br>08/18/2025 | $ 47,781.69 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Allstar Properties, LLC (Insider's name)<br>PO Box 209<br>Rockmart, GA 30153<br>**Relationship to debtor:** Affiliate | 09/16/2024 | $ 20,000.00 | Debt Service |
| 4.2. | Allstar Farms LLC (Insider's name)<br>PO Box 209<br>Rockmart, GA 30153<br>**Relationship to debtor:** Affiliate | 10/09/2024 | $ 7,000.00 | Accounts Payable |

AMENDED

Debtor Allstar Properties I, LLC
Name

Case number (*if known*) 25-41315

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | ____________ Creditor's name | | ______ | $______ |
| 5.2. | ____________ Creditor's name | | ______ | $______ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| ____________ Creditor's name | Last 4 digits of account number: XXXX– ________ | ______ | $______ |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Case number ____________ | | | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.2. | Case title<br>Case number ____________ | | Court or agency's name and address | ☐ Pending ☐ On appeal ☐ Concluded |

AMENDED

Debtor Allstar Properties I, LLC
Name

Case number (*if known*) 25-41315

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $ |
| | **Case title** | **Court name and address** |
| | | Name |
| | **Case number** | |
| | **Date of order or assignment** | |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $ |
| | | | $ |
| **Recipient's relationship to debtor** | | | |
| 9.2. Recipient's name | | | $ |
| | | | $ |
| **Recipient's relationship to debtor** | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

AMENDED

Debtor Allstar Properties I, LLC
Name

Case number (if known) 25-41315

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Small Herrin, LLP<br>**Address**<br>100 Galleria Parkway<br>Suite 350<br>Atlanta, GA 30339<br>**Email or website address**<br>www.smallherrin.com<br>**Who made the payment, if not debtor?**<br>Affiliate of Debtor | Pre-petition bankruptcy preparation | 08/30/2025 | $ 5,324.00 |
| 11.2. | Small Herrin, LLP<br>**Address**<br>100 Galleria Parkway<br>Suite 350<br>Atlanta, GA 30339<br>**Email or website address**<br>www.smallherrin.com<br>**Who made the payment, if not debtor?**<br>Affiliate of Debtor | Attorneys fees related to attempted out of court workout with creditors for Heaner, Allstar Properties, Allstar Properties I, and ACH Rental Properties | 08/30/2025 | $ 10,665.90 |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| **Trustee** | | | $ |

AMENDED

Debtor Allstar Properties I, LLC Case number (*if known*) 25-41315

Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Culver Christopher & Amanda<br>**Address**<br>297 Samanda Circle<br>Rockmart, GA 30153<br>**Relationship to debtor**<br>Unrelated 3rd Party | 136 W Elm St (R12-073) | 01/31/2025 | $ 399,000.00 |
| 13.2. | **Who received transfer?**<br>Durob Properties LLC<br>**Address**<br>613 Turner McCall Blvd<br>Rome, GA 30165<br>**Relationship to debtor**<br>Unrelated 3rd Party | 712 Broad St (J14C023) | 12/05/2024 | $ 680,000.00 |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | | From ________ | To ________ |
| 14.2. | | From ________ | To ________ |

AMENDED

Debtor Allstar Properties I, LLC
Name

Case number (if known) 25-41315

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | Facility name | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Lease application information

Does the debtor have a privacy policy about that information?

☑ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: |

Has the plan been terminated?

☐ No

☐ Yes

AMENDED

Debtor Allstar Properties I, LLC
Name

Case number (*if known*) 25-41315

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | ____ Name | XXXX–____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other____ | ____ | $____ |
| 18.2. | ____ Name | XXXX–____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other____ | ____ | $____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| ____ Name | Address | | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| ____ Name | Address | | ☐ No ☐ Yes |

AMENDED

Debtor Allstar Properties I, LLC Case number (if known) 25-41315

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Tenant Deposits - self-managed propertie (Name) | | Tenant deposits | $ 1,800.00 |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending ☐ On appeal ☐ Concluded |
| **Case number** | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

AMENDED

Debtor Allstar Properties I, LLC
Name

Case number (*if known*) 25-41315

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: ___<br>Dates business existed<br>From ___ To ___ |
| 25.2. | Name | | EIN: ___<br>Dates business existed<br>From ___ To ___ |
| 25.3. | Name | | EIN: ___<br>Dates business existed<br>From ___ To ___ |

AMENDED

Debtor Allstar Properties I, LLC
Name

Case number (*if known*) 25-41315

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Tony Coggins<br>Name<br>4186 Rome Highway, Aragon, GA 30104 | From 10/01/2022<br>To |
| 26a.2. | Darla Matthews<br>Name<br>4186 Rome Highway, Aragon, GA 30104 | From 03/01/2022<br>To |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Jerold Cooper<br>Name<br>4186 Rome Highway, Aragon, GA 30104 | From 04/12/2015<br>To |
| 26b.2. | Name | From<br>To |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Jerold Cooper<br>Name<br>4186 Rome Highway, Aragon, GA 30104 | |

AMENDED

Debtor Allstar Properties I, LLC
Name

Case number (*if known*) 25-41315

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. Tony Coggins<br>Name<br>4186 Rome Highway, Aragon, GA 30104 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. ServisFirst Bank<br>Name<br>300 Galleria Parkway, Suite 350, Atlanta, GA, 30339 |

| Name and address |
|---|
| 26d.2. ______<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| ______ | ______ | $______ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. ______<br>Name |

AMENDED



| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

27.2. ______________________
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Andrew C. Heaner | 2900 Rome Hwy, Cedartown, GA 30125-4417 | Member | 99.743 |
| Gardner Heaner | , | Member | .157 |
| Mary Helen Heaner | 2900 Rome Hwy, Cedartown, GA 30125-4417 | Member | .1 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | ______ To ______ |
| | | | ______ To ______ |
| | | | ______ To ______ |
| | | | ______ To ______ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | ACH Entertainment LLC<br>Name<br>PO Box 209<br>Rockmart, GA 30153 | 600.00 | 10/03/2024 | Accounts Payable |

**Relationship to debtor**

Affiliate

AMENDED

Debtor Allstar Properties I, LLC
Name

Case number (if known) 25-41315

| Name and address of recipient | | | |
|---|---|---|---|
| 30.2 ACH Rental Properties, LLC<br>Name<br>PO Box 209<br>Rockmart, GA 30153 | 1,000.00 | 09/04/2024 | Utilities |
| Relationship to debtor<br>Affiliate | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| G&A Managers, LLC | EIN: 87-3838762 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/20/2025
MM / DD / YYYY

✘ /s/ Andrew C. Heaner
Signature of individual signing on behalf of the debtor

Printed name Andrew C. Heaner

Position or relationship to debtor Majority Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

## Continuation Sheet for Official Form 207

3) Certain payments or transfers to creditors within 90 days before filing this case

| | | |
|---|---|---|
| Polk County Tax Commissioner, 144 West Ave, Cedartown, GA 30125 | $38,494.58 - taxes | |
| Floyd County Tax Commissioner, P.O. Box 26, Rome, GA 30162 | $15,070.26 - taxes | |
| Allstar Properties, LLC, PO Box 209, Cedartown, GA 30125 | $117,432.26 | Taxes, debt service, A/P |
| Allstar Motors, LLC, PO Box 209, Rockmart, GA 30153 | $17,356.00 | Various LLC payrolls, A/P |
| Allstar Farms, LLC, PO Box 209, Rockmart, GA 30153 | $69,642.74 | Payroll and A/P |
| Andrew Heaner, 2900 Rome Hwy, Cedartown, GA 30125 | $96,617.22 | Allstar Farms Payroll, LLC Payrolls, LLC Expenses, G&A Mangers Insurance Hwy, Cedartown, GA 30125 Reimbursement, Reimbursement for A/P |

4) Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| | | | |
|---|---|---|---|
| Allstar Farms LLC | PO Box 209, Rockmart, GA 30153 | $7,413.58 | insurance |
| ACH Rental Properties, LLC | PO Box 209, Rockmart, GA 30153 | $12,285.00 | Funds for Accounts Payable |
| Andrew Heaner | 2900 Rome Hwy, Cedartown, GA 30125 | $26,958.12 | Paycom - Allstar Farm Payroll |
| Allstar Properties, LLC | PO Box 209, Rockmart, GA 30153 | $477,000.00 | Member funds allocated for Allstar Properties |
| Allstar Farms LLC | PO Box 209, Rockmart, GA 30153 | $43,062.00 | Funds for Pasture Rental |
| Allstar Farms LLC | PO Box 209, Rockmart, GA 30153 | $45,000.00 | Payroll |

AMENDED

Debtor Name Allstar Properties I, LLC Case number (if known) 25-41315

## Continuation Sheet for Official Form 207

| | | | |
|---|---|---|---|
| Andrew Heaner | 2900 Rome Hwy, Cedartown, GA 30125 | $110,293.25 | Debt Service |
| Allstar Properties, LLC | PO Box 209, Rockmart, GA 30153 | $45,000.00 | Insurance |
| Allstar Properties, LLC | PO Box 209, Rockmart, GA 30153 | $60,000.00 | Accounts Payable |
| Andrew Heaner | 29, Cedartown, GA 30125 | $30,752.82 | Allstar Farms Payroll |
| Allstar Farms LLC | PO Box 209, Rockmart, GA 30153 | $35,000.00 | Payroll |
| Allstar Farms LLC | PO Box 209, Rockmart, GA 30153 | $10,000.00 | Accounts Payable |
| Allstar Farms LLC | PO Box 209, Rockmart, GA 30153 | $9,100.00 | Accounts Payable |
| Allstar Properties, LLC | PO Box 209, Rockmart, GA 30153 | $20,000.00 | Insurance |
| Allstar Properties, LLC | PO Box 209, Rockmart, GA 30153 | $22,000.00 | Reimburse for AP and debt service |
| Allstar Farms LLC | PO Box 209, Rockmart, GA 30153 | $45,000.00 | Payroll and Accounts Payable |
| Allstar Properties, LLC | PO Box 209, Rockmart, GA 30153 | $24,000.00 | Reimburse for AP and debt service |
| Allstar Properties, LLC | PO Box 209, Rockmart, GA 30153 | $21,000.00 | Reimburse for AP and debt service |

AMENDED

Debtor Name Allstar Properties I, LLC Case number (if known) 25-41315

## Continuation Sheet for Official Form 207

| | | | |
|---|---|---|---|
| Allstar Properties, LLC | PO Box 209, Rockmart, GA 30153 | $7,400.00 | Reimburse for AP and debt service |
| Allstar Properties, LLC | PO Box 209, Rockmart, GA 30153 | $32,296.50 | Reimburse for AP and debt service |
| Allstar Farms LLC | PO Box 209, Rockmart, GA 30153 | $32,875.16 | Accounts Payable |
| Allstar Properties, LLC | PO Box 209, Rockmart, GA 30153 | $35,000.00 | Insurance |
| Allstar Properties, LLC | PO Box 209, Rockmart, GA 30153 | $66,000.00 | $22K to State Mutual<br>$31K to Polk County Tax<br>$15K to Floyd County Tax |
| Allstar Farms LLC | PO Box 209, Rockmart, GA 30153 | $20,000.00 | Accounts Payable |
| Allstar Properties, LLC | PO Box 209, Rockmart, GA 30153 | $32,000.00 | Insurance |
| Allstar Properties, LLC | PO Box 209, Rockmart, GA 30153 | $7,000.00 | Lake Management |
| Allstar Farms LLC | PO Box 209, Rockmart, GA 30153 | $12,000.00 | Accounts Payable |
| Allstar Farms LLC | PO Box 209, Rockmart, GA 30153 | $9,685.00 | Payroll |
| Allstar Farms LLC | PO Box 209, Rockmart, GA 30153 | $10,100.00 | Farms Payroll |
| Andrew Heaner | 2900 Rome Hwy, | $13,600.00 | NEI PR |

## Continuation Sheet for Official Form 207

| | | | |
|---|---|---|---|
| | Cedartown, GA 30125 | | $10769/Balance Heaner expenses |
| Allstar Farms LLC | PO Box 209, Rockmart, GA 30153 | $23,305.74 | Farms Payroll |
| Andrew Heaner | 2900 Rome Hwy, Cedartown, GA 30125 | $56,201.90 | LLC Payrolls |
| Andrew Heaner | 2900 Rome Hwy, Cedartown, GA 30125 | $14,182.00 | G&A Managers Insurance Reimbursement |
| Allstar Properties, LLC | PO Box 209, Rockmart, GA 30153 | $35,513.18 | Debt Service |
| Andrew Heaner | 2900 Rome Hwy, Cedartown, GA 30125 | $20,000.00 | LLC Payrolls |
| Andrew Heaner | 2900 Rome Hwy, Cedartown, GA 30125 | $384,894.30 | To pay BOA debt for Allstar Properties |
| Allstar Farms LLC | PO Box 209, Rockmart, GA 30153 | $36,587.00 | Allstar Farms Payroll |
| Allstar Motors LLC | PO Box 209, Rockmart, GA 30153 | $12,525.00 | LLC Payrolls |

13) Transfers not already listed on this statement

Transferee: Singh Satwant

Date of Transfer: 06/27/2025

Description: 1028 Cedartown Hwy (R07-042)

Value: $60,000.00

---

## Continuation Sheet for Official Form 207

Transferee: Old Homestead Investments LLC

237 N. 5th Ave, Rome, GA 30165

Date of Transfer: 12/05/2023

Description: 200 E 2nd Ave (J14D096)

Value: $1,200,000.00

---

Transferee: Samuel David Doss

PO BOX 431, Rome, GA 30162

Date of Transfer: 01/17/2025

Description: 164 Prospect Rd (054-124A)

Value: $185,000.00

---

21) Property held for another

Tenant Deposits Held by Harvey Given Co.

,

Held in separate bank account

Value: $28,200.00

---

26a) Bookkeepers

| | | | |
|---|---|---|---|
| Jerold Cooper | 4186 Rome Highway, Aragon, GA 30104 | 04/12/2015 | |
| Moore Colson | 600 Galleria Parkway SE, Suite 600, Atlanta GA, 30339 | 01/01/2022 | 09/15/2024 |

26c) Records keepers

| | |
|---|---|
| Darla Matthews | 4186 Rome Highway, Aragon, GA 30104 |
| Moore Colson | 600 Galleria Parkway SE, Suite 600, Atlanta GA, 30339 |

## Continuation Sheet for Official Form 207

**30) Payments, distributions, or withdrawals credited or given to insiders**

**Name and Address:**

**Andrew Heaner**

**2900 Rome Hwy**
**Rockmart, GA 30153**

**Amount of money or description: $1,412.00**

**Dates: 09/12/2024, - , -**

**Reason: Day Labor**

---

**Name and Address:**

**Allstar Farms LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $2,600.00**

**Dates: 09/12/2024, - , -**

**Reason: Insurance**

---

**Name and Address:**

**Allstar Farms LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $2,600.00**

**Dates: 09/12/2024, - , -**

**Reason: Insurance**

---

**Name and Address:**

**ACH Carwash, LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $1,000.00**

**Dates: 09/17/2024, - , -**

**Reason: Accounts Payable**

## Continuation Sheet for Official Form 207

---

**Name and Address:**

**ACH Rental Properties, LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $1,500.00**

**Dates: 09/17/2024, - , -**

**Reason: Accounts Payable**

---

**Name and Address:**

**Allstar Farms LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $2,000.00**

**Dates: 09/17/2024, - , -**

**Reason: Insurance**

---

**Name and Address:**

**Andrew Heaner**

**2900 Rome Hwy**
**Cedartown, GA 30125**

**Amount of money or description: $20.00**

**Dates: 09/25/2024, - , -**

**Reason: Wire Fee**

---

**Name and Address:**

**ACH Carwash, LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $2,000.00**

**Dates: 10/16/2024, - , -**

**Reason: Accounts Payable**

## Continuation Sheet for Official Form 207

---

Name and Address:

ACH Entertainment LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $4,000.00

Dates: 10/16/2024, - , -

Reason: Accounts Payable

---

Name and Address:

ACH Entertainment LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $3,000.00

Dates: 10/16/2024, - , -

Reason: Insurance

---

Name and Address:

ACH Carwash, LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $1,000.00

Dates: 11/06/2024, - , -

Reason: Accounts Payable

---

Name and Address:

ACH Entertainment LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $6,000.00

Dates: 11/13/2024, - , -

Reason: Accounts Payable

AMENDED



## Continuation Sheet for Official Form 207

---

Name and Address:

Allstar Properties, LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $5,000.00

Dates: 01/03/2025, - , -

Reason: Reimburse for AP and debt service

---

Name and Address:

ACH Entertainment LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $1,000.00

Dates: 11/06/2024, - , -

Reason: Accounts Payable

---

Name and Address:

ACH Rental Properties, LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $71.10

Dates: 11/13/2024, - , -

Reason: Utilities

---

Name and Address:

ACH Entertainment LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $1,300.00

Dates: 11/27/2024, - , -

Reason: Accounts Payable

## Continuation Sheet for Official Form 207

---

**Name and Address:**

**ACH Carwash, LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $1,100.00**

**Dates: 11/27/2024, - , -**

**Reason: Accounts Payable**

---

**Name and Address:**

**Allstar Properties, LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $6,000.00**

**Dates: 12/13/2024, - , -**

**Reason: Reimburse for AP and Debt Service**

---

**Name and Address:**

**ACH Carwash, LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $500.00**

**Dates: 12/17/2024, - , -**

**Reason: Reimburse for Accounts Payable**

---

**Name and Address:**

**ACH Entertainment LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $1,000.00**

**Dates: 12/17/2024, - , -**

**Reason: Accounts Payable**

## Continuation Sheet for Official Form 207

---

Name and Address:

ACH Rental Properties, LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $2,000.00

Dates: 12/17/2024, - , -

Reason: Reimburse for AP and debt service

---

Name and Address:

Allstar Properties, LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $2,000.00

Dates: 12/17/2024, - , -

Reason: Accounts Payable

---

Name and Address:

Allstar Properties, LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $2,500.00

Dates: 12/18/2024, - , -

Reason: Reimburse for AP and debt service

---

Name and Address:

Allstar Properties, LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $2,000.00

Dates: 12/30/2024, - , -

Reason: Accounts Payable

## Continuation Sheet for Official Form 207

---

**Name and Address:**

**ACH Rental Properties, LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $2,000.00**

**Dates: 12/30/2024, - , -**

**Reason: Accounts Payable**

---

**Name and Address:**

**ACH Carwash, LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $1,000.00**

**Dates: 01/02/2025, - , -**

**Reason: Accounts Payable**

---

**Name and Address:**

**ACH Entertainment LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $1,000.00**

**Dates: 01/02/2025, - , -**

**Reason: Accounts Payable**

---

**Name and Address:**

**Allstar Properties, LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $3,000.00**

**Dates: 01/15/2025, - , -**

**Reason: Reimburse for AP and debt service**

## Continuation Sheet for Official Form 207

---

Name and Address:

Allstar Farms LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $3,500.00

Dates: 01/15/2025, - , -

Reason: Payroll

---

Name and Address:

ACH Carwash, LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $300.00

Dates: 01/16/2025, - , -

Reason: Accounts Payable

---

Name and Address:

ACH Entertainment LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $600.00

Dates: 01/16/2025, - , -

Reason: Accounts Payable

---

Name and Address:

Allstar Properties, LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $2,000.00

Dates: 01/16/2025, - , -

Reason: Reimburse for AP and debt service

## Continuation Sheet for Official Form 207

---

**Name and Address:**

**Allstar Farms LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $1,000.00**

**Dates: 01/27/2025, - , -**

**Reason: Accounts Payable**

---

**Name and Address:**

**Allstar Properties, LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $3,000.00**

**Dates: 01/30/2025, - , -**

**Reason: Reimburse for AP and debt service**

---

**Name and Address:**

**Allstar Farms LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $1,000.00**

**Dates: 01/31/2025, - , -**

**Reason: Accounts Payable**

---

**Name and Address:**

**Allstar Farms LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $2,000.00**

**Dates: 01/31/2025, - , -**

**Reason: Accounts Payable**

AMENDED

Debtor Name Allstar Properties I, LLC Case number (if known) 25-41315

## Continuation Sheet for Official Form 207

---

**Name and Address:**

**ACH Entertainment LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $1,000.00**

**Dates: 02/18/2025, - , -**

**Reason: Accounts Payable**

---

**Name and Address:**

**ACH Carwash, LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $1,000.00**

**Dates: 02/04/2025, - , -**

**Reason: Accounts Payable**

---

**Name and Address:**

**ACH Entertainment LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $1,000.00**

**Dates: 02/04/2025, - , -**

**Reason: Accounts Payable**

---

**Name and Address:**

**Allstar Properties, LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $1,200.00**

**Dates: 02/04/2025, - , -**

**Reason: Accounts Payable**

## Continuation Sheet for Official Form 207

---

**Name and Address:**

**Allstar Farms LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $1,700.00**

**Dates: 02/04/2025, - , -**

**Reason: Insurance**

---

**Name and Address:**

**ACH Rental Properties, LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $4,175.00**

**Dates: 03/28/2025, - , -**

**Reason: Accounts Payable**

---

**Name and Address:**

**Allstar Properties, LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $4,375.00**

**Dates: 03/28/2025, - , -**

**Reason: Accounts Payable**

---

**Name and Address:**

**Allstar Farms LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $1,000.00**

**Dates: 04/16/2025, - , -**

**Reason: Accounts Payable**

## Continuation Sheet for Official Form 207

---

Name and Address:

ACH Rental Properties, LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $2,000.00

Dates: 02/04/2025, - , -

Reason: Accounts Payable

---

Name and Address:

Allstar Farms LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $2,000.00

Dates: 02/05/2025, - , -

Reason: Vehicle Tags

---

Name and Address:

ACH Carwash, LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $1,000.00

Dates: 02/18/2025, - , -

Reason: Accounts Payable

---

Name and Address:

Allstar Properties, LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $1,000.00

Dates: 02/25/2025, - , -

Reason: Accounts Payable

## Continuation Sheet for Official Form 207

---

Name and Address:

ACH Carwash, LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $900.00

Dates: 03/18/2025, - , -

Reason: Accounts Payable

---

Name and Address:

ACH Entertainment LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $1,000.00

Dates: 03/18/2025, - , -

Reason: Accounts Payable

---

Name and Address:

Allstar Properties, LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $2,000.00

Dates: 03/18/2025, - , -

Reason: Accounts Payable

---

Name and Address:

Allstar Farms LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $5,500.00

Dates: 03/18/2025, - , -

Reason: Accounts Payable

## Continuation Sheet for Official Form 207

---

Name and Address:

ACH Entertainment LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $975.00

Dates: 03/28/2025, - , -

Reason: Accounts Payable

---

Name and Address:

Allstar Farms LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $2,000.00

Dates: 03/28/2025, - , -

Reason: Bank Overdraft

---

Name and Address:

ACH Entertainment LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $1,000.00

Dates: 04/16/2025, - , -

Reason: Accounts Payable

---

Name and Address:

Allstar Farms LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $5,000.00

Dates: 04/18/2025, - , -

Reason: Accounts Payable

## Continuation Sheet for Official Form 207

---

**Name and Address:**

**Allstar Farms LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $1,000.00**

**Dates: 04/28/2025, - , -**

**Reason: Accounts Payable**

---

**Name and Address:**

**Allstar Properties, LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $1,000.00**

**Dates: 05/20/2025, - , -**

**Reason: Accounts Payable**

---

**Name and Address:**

**ACH Entertainment LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $1,000.00**

**Dates: 05/20/2025, - , -**

**Reason: Accounts Payable**

---

**Name and Address:**

**ACH Carwash, LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $500.00**

**Dates: 05/22/2025, - , -**

**Reason: Accounts Payable**

AMENDED



## Continuation Sheet for Official Form 207

---

Name and Address:

Allstar Farms LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $500.00

Dates: 05/22/2025, - , -

Reason: Accounts Payable

---

Name and Address:

ACH Carwash, LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $1,000.00

Dates: 06/03/2025, - , -

Reason: Accounts Payable

---

Name and Address:

Allstar Properties, LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $1,000.00

Dates: 06/03/2025, - , -

Reason: Accounts Payable

---

Name and Address:

Allstar Properties, LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $2,500.00

Dates: 06/03/2025, - , -

Reason: Taxes

## Continuation Sheet for Official Form 207

---

**Name and Address:**

**ACH Rental Properties, LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $3,000.00**

**Dates: 06/03/2025, - , -**

**Reason: Taxes**

---

**Name and Address:**

**Allstar Properties, LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $6,000.00**

**Dates: 06/04/2025, - , -**

**Reason: Accounts Payable**

---

**Name and Address:**

**Allstar Farms LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $3,000.00**

**Dates: 06/05/2025, - , -**

**Reason: Payroll**

---

**Name and Address:**

**Allstar Farms LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $2,000.00**

**Dates: 06/18/2025, - , -**

**Reason: Farms Payroll**

## Continuation Sheet for Official Form 207

---

Name and Address:

Allstar Farms LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $1,000.00

Dates: 06/20/2025, - , -

Reason: Farms payroll

---

Name and Address:

Allstar Properties, LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $3,500.00

Dates: 06/20/2025, - , -

Reason: Debt Service

---

Name and Address:

Allstar Farms LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $3,000.00

Dates: 07/03/2025, - , -

Reason: Accounts Payable

---

Name and Address:

Andrew Heaner

2900 Rome Hwy
Cedartown, GA 30125

Amount of money or description: $4,000.00

Dates: 07/07/2025, - , -

Reason: LLC Expenses

**Continuation Sheet for Official Form 207**

---

Name and Address:

Allstar Farms LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $2,000.00

Dates: 07/09/2025, - , -

Reason: Accounts Payable

---

Name and Address:

Allstar Motors LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $1,331.00

Dates: 07/16/2025, - , -

Reason: Accounts Payable

---

Name and Address:

Allstar Motors LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $3,500.00

Dates: 07/16/2025, - , -

Reason: Accounts Payable

---

Name and Address:

ACH Rental Properties, LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $750.00

Dates: 07/17/2025, - , -

Reason: Accounts Payable

## Continuation Sheet for Official Form 207

---

**Name and Address:**

**Andrew Heaner**

**2900 Rome Hwy**
**Cedartown, GA 30125**

**Amount of money or description: $2,863.11**

**Dates: 07/18/2025, - , -**

**Reason: reimburse for Accounts Payable**

---

**Name and Address:**

**Allstar Properties, LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $1,000.00**

**Dates: 07/21/2025, - , -**

**Reason: Accounts Payable**

---

**Name and Address:**

**ACH Rental Properties, LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $1,000.00**

**Dates: 07/21/2025, - , -**

**Reason: Accounts Payable**

---

**Name and Address:**

**ACH Entertainment LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $1,000.00**

**Dates: 07/21/2025, - , -**

**Reason: Accounts Payable**

## Continuation Sheet for Official Form 207

---

**Name and Address:**

**Allstar Farms LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $750.00**

**Dates: 07/22/2025, - , -**

**Reason: Accounts Payable**

---

**Name and Address:**

**Allstar Properties, LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $1,400.00**

**Dates: 07/22/2025, - , -**

**Reason: Accounts Payable**

---

**Name and Address:**

**ACH Rental Properties, LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $500.00**

**Dates: 07/24/2025, - , -**

**Reason: Accounts Payable**

---

**Name and Address:**

**ACH Rental Properties, LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $1,300.00**

**Dates: 07/22/25, - , -**

**Reason: Accounts Payable**

## Continuation Sheet for Official Form 207

---

**Name and Address:**

**Allstar Properties, LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $4,019.08**

**Dates: 07/30/2025, - , -**

**Reason: Debt Service**

---

**Name and Address:**

**ACH Carwash, LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $480.00**

**Dates: 07/31/2025, - , -**

**Reason: Accounts Payable**

---

**Name and Address:**

**ACH Entertainment LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $1,000.00**

**Dates: 07/31/2025, - , -**

**Reason: Accounts Payable**

---

**Name and Address:**

**Andrew Heaner**

**2900 Rome Hwy**
**Cedartown, GA 30125**

**Amount of money or description: $2,000.00**

**Dates: 06/18/2025, - , -**

**Reason: Farms payroll**

## Continuation Sheet for Official Form 207

---

Name and Address:

Allstar Properties, LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $2,500.00

Dates: 03/18/2025, - , -

Reason: Accounts Payable

---

Name and Address:

ACH Carwash, LLC

PO Box 209
Roswell, GA 30075

Amount of money or description: $975.00

Dates: 03/28/2025, - , -

Reason: Accounts Payable

---

Name and Address:

ACH Entertainment LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $900.00

Dates: 06/03/2025, - , -

Reason: Accounts Payable

---

Name and Address:

Allstar Properties, LLC

PO Box 209
Rockmart, GA 30153

Amount of money or description: $2,000.00

Dates: 02/18/2025, - , -

Reason: Accounts Payable

## Continuation Sheet for Official Form 207

---

**Name and Address:**

**ACH Carwash, LLC**

**PO Box 209**
**Rockmart, GA 30153**

**Amount of money or description: $500.00**

**Dates: 10/03/2024, - , -**

**Reason: Accounts Payable**

---

AMENDED

United States Bankruptcy Court
Northern District of Georgia

In re: Allstar Properties I, LLC

Debtor(s)

Case No. 25-41315

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 11/20/2025

/s/ Andrew C. Heaner
Signature of Individual signing on behalf of debtor

Majority Member
Position or relationship to debtor

Fulton County Tax Commissioner
Attn: Dr. Arthur E. Ferdinand
141 Pryor St. SW
Atlanta, GA 30303

City of Atlanta
Department of Finance, Office of Revenue
55 Trinity Avenue, SW, Suite 1350
Atlanta, GA 30303

Gilmer Heating & Air LLC
P.O. Box 896
Aragon, GA 30104

Georgia Power Company
c/o Kimberly S. Greene, CEO
241 Ralph McGill Blvd.
BIN 10240
Atlanta, GA, 30308

Georgia Natural Gas Company
c/o James Y. Kerr, II, CEO
10 Peachtree Place, NE
Atlanta, GA 30309

Carroll Electric Membership Cooperative
c/o Timothy C. Martin, CEO
155 N. Highway 113
Carrollton, GA 30117

City of Rockmart, GA
Attn: Stacey Smith (City Manager)
316 N. Piedmont Avenue
Building 100
Rockmart, GA 30153

Haralson County Water Authority
Attn: Chad Smith, General Manager
PO Box 429
Buchanan, GA 30113

Fulton County Tax Commissioner
Attn: Dr. Arthur E. Ferdinand
141 Pryor St. SW
Atlanta, GA 30303

City of Atlanta
Department of Finance, Office of Revenue
55 Trinity Avenue, SW, Suite 1350
Atlanta, GA 30303

Gilmer Heating & Air LLC
P.O. Box 896
Aragon, GA 30104

Georgia Power Company
c/o Kimberly S. Greene, CEO
241 Ralph McGill Blvd.
BIN 10240
Atlanta, GA, 30308

Georgia Natural Gas Company
c/o James Y. Kerr, II, CEO
10 Peachtree Place, NE
Atlanta, GA 30309

Carroll Electric Membership Cooperative
c/o Timothy C. Martin, CEO
155 N. Highway 113
Carrollton, GA 30117

City of Rockmart, GA
Attn: Stacey Smith (City Manager)
316 N. Piedmont Avenue
Building 100
Rockmart, GA 30153

Haralson County Water Authority
Attn: Chad Smith, General Manager
PO Box 429
Buchanan, GA 30113

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| IN RE:<br><br>ALLSTAR PROPERTIES, LLC, *et al.*,[2]<br><br>Debtors | CHAPTER 11<br><br>CASE NO. 25-41314-BEM<br><br>***Jointly Administered*** |

**CERTIFICATE OF SERVICE**

I, Anna M. Humnicky, certify that I am over the age of 18 and that on November 21, 2025, I filed above *NOTICE REGARDING AMENDED SCHEDULE A/B, AMENDED SCHEDULE E/F, AMENDED SCHEDULE G SECOND AMENDED STATEMENT OF FINANCIAL AFFAIRS AND TOP 20 LIST FOR ALLSTAR PROPERTIES I, LLC*, by utilizing the Bankruptcy Court's Electronic Case Filing program which sends a notice of the aforementioned-listed document and an accompanying link to the document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program, as indicated in Exhibit "A," as well as by First Class U.S. Mail as indicated in Exhibit "A"

Dated: November 21, 2025

**SMALL HERRIN, LLP**
*Counsel for Debtor and Debtor in Possession*

By: _/s/ Anna Humnicky________
Anna M. Humnicky
GA Bar No. 377850

100 Galleria Parkway, Suite 350
Atlanta, GA 30339
(T): 770-783-1800
ahumnicky@smallherrin.com

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Allstar Properties, LLC (0809), Allstar Properties I, LLC (9017) and ACH Rental Properties, LLC (5725), collectively the Company Debtors; Andrew C. Heaner (0731) and Mary Helen Heaner (9136). The mailing address for the Company Debtors for purposes of these chapter 11 cases is: P.O. Box 209, Rockmart, GA 30153. The mailing address for the Heaner Debtors for purposes of these chapter 11 cases is: 2900 Rome Highway, Cedartown, GA 30125.

**Exhibit A**

***By CM/ECF –***

Wendell S. Agee on behalf of Creditor LGE Credit Union
wsa2law@yahoo.com

Wendell S. Agee on behalf of Creditor Southeast First National Bank
wsa2law@yahoo.com

Roy E. Barnes on behalf of Creditor MFM Holdings, LLC
roy@barneslawgroup.com, efilings@barneslawgroup.com

Roy E. Barnes on behalf of Creditor Samuel E. Rambo
roy@barneslawgroup.com, efilings@barneslawgroup.com

Brian Richard Bojo on behalf of Creditor Dulaney Holding Company, Inc.
bbojo@msp-lawfirm.com, tmccheyne@msp-lawfirm.com

William A. DuPre, IV on behalf of Creditor BANK OF AMERICA, N.A.
Bill.DuPre@millermartin.com, lisa.brown@millermartin.com

Mark A Gilbert on behalf of Creditor Green Prairies LLC
mark.gilbert@colemantalley.com

Mark A Gilbert on behalf of Creditor Red Hills Holdings, LLC
mark.gilbert@colemantalley.com

Alan Hinderleider on behalf of U.S. Trustee Office of the United States Trustee
Alan.Hinderleider@usdoj.gov

Alan Hinderleider on behalf of U.S. Trustee United States Trustee
Alan.Hinderleider@usdoj.gov

Bryan Scott Kaplan on behalf of Creditor State Mutual Insurance Company
bk@kaplanlawga.com, sagis@kaplanlawga.com

Roy E. Manoll, III on behalf of Creditor AGsouth Farm Credit, ACA
kdd@fbglaw.com

Office of the United States Trustee
ustpregion21.at.ecf@usdoj.gov

Thomas Peters on behalf of Attorney First National Community Bank, N.A.
tcp@quirklaw.com

Martin G Quirk on behalf of Attorney First National Community Bank, N.A.
mgq@quirklaw.com

Neal J. Quirk on behalf of Attorney First National Community Bank, N.A.
njq@quirklaw.com, kbj@quirklaw.com

Thomas D. Richardson on behalf of Interested Party Andrew Heaner
TRichardson@Brinson-Askew.com, Tdr82454@gmail.com

Amin Sadri on behalf of Creditor State Mutual Insurance Company
asadri@Kaplanlawga.com

Clayton Alan Smith on behalf of Creditor BANK OF AMERICA, N.A.
clayton.smith@millermartin.com

Eric Smith on behalf of Creditor ServisFirst Bank
ecfganb@aldridgepite.com, esmith@aldridgepite.com;esmith_716@ecf.courtdrive.com

Robert J. Solomon on behalf of Creditor First Horizon Bank
rsolomon@sb-law.com, efc-sblaw@sb-law.com;mflower@sb-law.com

David S. Weidenbaum on behalf of U.S. Trustee Office of the United States Trustee
david.s.weidenbaum@usdoj.gov

David S. Weidenbaum on behalf of U.S. Trustee United States Trustee
david.s.weidenbaum@usdoj.gov

J. Robert Williamson on behalf of Creditor Ball Horticultural Company
rwilliamson@swlawfirm.com,
centralstation@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfirm.com;fharris@swlawfirm.com;mlevin@swlawfirm.com

***By First Class U.S. Mail –***

Fulton County Tax Commissioner
Attn: Dr. Arthur E. Ferdinand
141 Pryor St. SW
Atlanta, GA 30303

City of Atlanta
Department of Finance, Office of Revenue
55 Trinity Avenue, SW, Suite 1350
Atlanta, GA 30303

Gilmer Heating & Air LLC
P.O. Box 896
Aragon, GA 30104

Georgia Power Company
c/o Kimberly S. Greene, CEO
241 Ralph McGill Blvd.
BIN 10240
Atlanta, GA, 30308

Georgia Natural Gas Company
c/o James Y. Kerr, II, CEO
10 Peachtree Place, NE
Atlanta, GA 30309

Carroll Electric Membership Cooperative
c/o Timothy C. Martin, CEO
155 N. Highway 113
Carrollton, GA 30117

City of Rockmart, GA
Attn: Stacey Smith (City Manager)
Jada Edwards (City Clerk)
Brent Edwards (Public Works Director)
316 N. Piedmont Avenue
Building 100
Rockmart, GA 30153

Haralson County Water Authority
c/o Haralson County Board of Commissioners
155 Van Wert Street
Buchanan, GA 30113

Haralson County Water Authority
Attn: Charlie Walker, Executive Director
Chad Smith, General Manager
PO Box 429
Buchanan, GA 30113

Andrew C. Heaner
2900 Rome Highway
Cedartown, GA 30125